COHEN *et al.* *v.* MAYOR, ETC., OF THE CITY OF NEW YORK.

*(Supreme Court, General Term, First Department. December 29, 1890.)*

APPEAL—SUFFICIENCY OF EXCEPTIONS—REVIEW.

    Where, on appeal from a judgment on a verdict, the record contains no exception other than one to the denial of a motion for a new trial, and contains no order denying such motion, and no appeal from such an order, no question is presented for review.

Appeal from circuit court, New York county.

Action by Hannah Cohen and Abraham Cohen, as administrators of Pischel Cohen, deceased, against the mayor, aldermen, and commonalty of the city of New York, and others. For decision on previous appeal to the court of appeals, see 21 N. E. Rep. 700, and 113 N. Y. 532. At the trial before a jury, no exceptions were taken by defendants to the admission or exclusion of evidence, or to the charge to the jury. The jury found a verdict for plaintiffs. Defendants moved to set aside the verdict as excessive, and for a new trial, which was denied, and defendants excepted. From the judgment for plaintiffs entered on the verdict, defendants appeals.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*William H. Clark,* (*John J. Delany,* of counsel,) for appellants. *Francis B. Chedsey,* for respondents.

VAN BRUNT, P. J. This is the second time that this action has been before this court upon appeal. It has been to the court of appeals, where it was held upon the same state of facts established by the evidence in this case that the plaintiffs were entitled to go to the jury upon the question of their right to recover. The record contains no valid exception, and no order denying a motion for a new trial, and no appeal from such an order. There is consequently nothing for this court to review, and the judgment appealed from must be affirmed, with costs. All concur.